# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 22
The People &c.,
  Respondent,
  v.
Howard Powell,
  Appellant.

Kendra L. Hutchinson, for appellant.
Danielle M. O'Boyle, for respondent.

Reargument ordered for a future Court session. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided April 1, 2021